IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA

DIANNA BREZNICK-AMES, *individually and on behalf of all others similarly situated,*

    Plaintiff,

v.

IL CASTELLO, INC. and
GABRIELLA CANDELLA,

    Defendants.

Case No. 3:22-cv-12-NKM

I agree to be bound by the Settlement Agreement negotiated by Collective Counsel in this case. I irrevocably and unconditionally waive, release, extinguish, acquit, and forever discharge any claim I may or might have against Defendants or any of the Released Parties during the Release Period (as defined by the Settlement Agreement) from any and all claims, rights, demands, liabilities, and causes of action of every nature and description, whether known or unknown, arising under the FLSA, Virginia wage and hour law, or any similar federal, state, municipal, or local laws, such as mileage reimbursement claims; minimum wage and overtime; off the clock claims; meal and rest break claims; and dual jobs claims, including claims arising out of, based on, or encompassed by facts asserted in the action. Without limiting the generality of the foregoing, the claim preclusion effect of this Settlement, and the judgment thereon, for *res judicata* purposes shall be co-extensive with this release of claims (collectively, the "Released Claims").

_____  
Signature

3·16·23  
Date

Jessica Kidd  
Printed Name

[redacted]

Respectfully submitted,

**DIANNA BREZNICK-AMES,
Individually and on Behalf of
All Others Similarly Situated,
PLAINTIFF**

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040


Krista Sheets
Va. Bar No. 97730
krista@sanfordlawfirm.com

Josh Sanford
Ark. Bar No. 2001037
josh@sanfordlawfirm.com
*Admitted Pro Hac Vice*

HALPERIN LAW CENTER
4435 Waterfront Drive, Suite 100
Glen Allen, Virginia 23060
Telephone: (804) 527-0100
Facsimile: (804) 597-0209

*/s/ Helen T. Vu*
Helen T. Vu
VSB No. 95051
helen@hlc.law