CLERKS OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED
March 04, 2025
LAURA A. AUSTIN, CLERK
BY: s/ D. AUDIA
       DEPUTY CLERK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| DIANNA BREZNICK-AMES, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED<br><br>*Plaintiff,*<br><br>v.<br><br>IL CASTELLO, INC. AND GABRIELLA CANDELLA<br><br>*Defendants.* | CASE NO. 3:22-cv-00012<br><br>ORDER<br><br>JUDGE NORMAN K. MOON |

The Court previously resolved this matter when it entered an order approving the proposed settlement agreement on January 24, 2023. Dkt. 37. Because that order constituted a final judgment, the Court orders that this case be **STRICKEN** from its active docket.

It is **SO ORDERED**.

ENTERED this   4th    day of March, 2025.

_____
NORMAN K. MOON
SENIOR UNITED STATES DISTRICT JUDGE